SPINKS *v.* THORNTON & SON.

SIMMONS, C. J. A ground of a motion for new trial, complaining of the admission of evidence, can not be considered unless it discloses what such evidence was.

2. The evidence warranted the verdict.

　　　　　　*Judgment affirmed. All the Justices concur.*

Submitted June 5, — Decided June 27, 1903.

Affidavit of illegality. Before Judge Butt. Talbot superior court. November 1, 1902.

*Persons & McGehee,* for plaintiff in error. *J. J. Bull,* contra.